UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SKY-STEVEN THOMAS MILLER,<br><br>                  Plaintiff,<br>  v.<br><br>PERRY B. BARTRAM, JR., et al,<br><br>                  Defendant. | No. C09-5094FDB-KLS<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR CONTINUANCE |

       This matter has been referred to Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C.§636(b)(1), Local Rules MJR 3 and 4, and Rule 72 of the Federal Rules of Civil Procedure. The case is before the Court upon plaintiff's motion for a 30-day continuance to file an amended complaint (Dtk. #8) pursuant to the Court's order to show cause that he do so (Dkt. #7). After reviewing plaintiff's motion and the balance of the record, the Court finds and ORDERS as follows:

       On March 10, 2009, the Court issued an order to show cause informing plaintiff of certain deficiencies in his complaint, and directing him to file an amended complaint curing, if possible, those deficiencies by no later than April 9, 2009. On March 27, 2009, plaintiff filed his motion, requesting the continuance due to his "work and school schedule" and the limited access he has to his prison's law library.

1 | The Court finds plaintiffs request for a 30-day continuance to be not unreasonable at this
2 | time.  Accordingly, his motion therefor (Dkt. #8) hereby is GRANTED.  Plaintiff shall have until
3 | **no later than May 15, 2009**, in which to file his amended complaint .
4 | The Clerk is directed to send a copy of this Order to plaintiff.
5 | DATED this 15th day of April, 2009.

Karen L. Strombom
United States Magistrate Judge

INSERT ORDER TITLE - 2