UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SKY-STEVEN THOMAS MILLER,<br><br>                Plaintiff,<br>  v.<br>PERRY B. BARTRAM JR., et al,<br><br>                Defendants. | No. CO9-5094FDB-KLS<br><br>ORDER RE-NOTING PLAINTIFF'S MOTION TO COMPEL |

      This matter has been referred to Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1), Local Rules MJR 3 and 4, and Rule 72 of the Federal Rules of Civil Procedure. The case is before the Court upon defendants' notice regarding plaintiff's motion to compel. (Dkt. #26). After reviewing the notice and the balance of the record, the Court finds and ORDERS as follows:

      On August 6, 2009, plaintiff filed a motion to compel discovery, which was noted for consideration on August 21, 2009. (Dkt. #24). On August 13, 2009, defendants filed their notice regarding that motion, in which they informed the Court that the parties had agreed to continue for one week the date on which defendants' response to the motion would be due. Accordingly, the Court hereby directs the Clerk to re-note plaintiff's motion for consideration on **August 28, 2009**. Plaintiff's reply to defendants' response, if any, shall be due by **no later than August 27, 2009**.

ORDER - 1

| | |
|---|---|
| 1 | The clerk is directed to send a copy of this Order to plaintiff and counsel for defendants. |
| 2 | DATED this 20th day of August, 2009. |

Karen L. Strombom
United States Magistrate Judge

ORDER - 2