UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SKY-STEVEN THOMAS MILLER,

                  Plaintiff,

    vs

PERRY B. BARTRAM JR.,
RON VAN BOENING and
G. STEVEN HAMMOND,

                Defendant.

CV09-5094FDB

MINUTE ORDER

NOW, on this 24th day of February, 2010, the Court directs the Clerk to enter the following Minute Order:

      The Defendants' Motion to Continue the deadline for
      Joint Status Report is GRANTED.

      The Joint Status Report is due 4/27/2010.

The foregoing Minute Order entered at the direction of the Honorable Franklin D. Burgess, United States District Judge.

          .

                         **/s/ Pat LeFrois**
                         Pat LeFrois
                         Courtroom Deputy