**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| SKY-STEVEN THOMAS MILLER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PERRY B. BARTRAM, JR., et al.<br><br>　　　　　Defendants. | NO. C09-5094 FDB/KLS<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR STAY OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

Before the court is Plaintiff's Motion for Stay on Summary Judgment. Dkt. 49. Mr. Miller requests a stay of Defendants' motion for summary judgment until the court rules on his motion to compel (Dkt. 36).[1] Plaintiff's second motion to compel (Dkt. 36) was denied.

Accordingly,

(1)　Plaintiff's motion for stay (Dkt. 49) is **DENIED.**

(2)　The clerk is directed to send copies of this Order to Plaintiff and to counsel for Defendants.

DATED this  12th  day of March, 2010.

　　　　　　　　　　　　　　　　　　　Karen L. Strombom
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] Plaintiff also references a "motion for spoliation of evidence" at Dkt. 35. A letter from the Plaintiff to counsel for Defendants is found at Dkt. 35. There is no motion pending before the court.

ORDER