UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SKY-STEVEN THOMAS MILLER,

                Plaintiff,

  v.

PERRY B. BARTRAM, JR., *et al.*,

                Defendants.

No. C09-5094 FDB/KLS

ORDER DENYING MOTION FOR SANCTIONS

Before the court is Plaintiff's Motion for Sanctions, filed on March 18, 2010. Dkt. 68. The court considered the issues raised in this motion when it ruled on Plaintiff's Third Motion to Compel Discovery (Dkt. 53) and Motion for Sanctions (Dkt. 57), on March 15, 2010. See Dkt. 63. At that time, the court denied the relief that Plaintiff again requests in this latest motion. Dkt. 63.

Accordingly, it is **ORDERED:**

(1) Plaintiff's motion for sanctions (Dkt. 68) is **DENIED.**

(2) The Clerk of the Court shall send copies of this Order to the Plaintiff and counsel for Defendants.

DATED this  2nd  day of April, 2010.

/s/ Karen L. Strombom
Karen L. Strombom
United States Magistrate Judge

ORDER - 1